COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| C.V.P.G. FAMILY TRUST and C.V.P.G. FAMILY, LLC, Trustee, | § | No. 08-23-00320-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 229th District Court |
| v. | | |
| | § | of Starr County, Texas |
| PLAINSCAPITAL BANK, Trustee of the Guerra Mineral Trust, | § | (TC# DC-23-36) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the order of the court below. We therefore reverse the trial court's order of dismissal pursuant to Texas Rule of Civil Procedure 91a and remand the case for further proceedings consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MAY 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.